DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COASTAL CONSTRUCTION AND RESTORATION SERVICES, LLC,**
Appellant,

v.

**M AND W WINDOWS, LLC,** a Florida Limited Liability Company, and
**COASTAL CONSTRUCTION INDUSTRIES, LLC,** a Florida Limited
Liability Company,
Appellees.

No. 4D21-2452

[November 23, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. 16-4887 COWE (83).

Justin C. Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellant.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***